UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| WAYNE LARAY ROBERTS | ) | |
| MARY JOYCE ROBERTS | ) | CASE NO. R04-43508-PWB |
| | ) | |
| DEBTOR(S) | ) | JUDGE PAUL W. BONAPFEL |

**CHAPTER 13 TRUSTEE'S NOTICE OF COMPLETED PLAN AND
REQUEST FOR ORDER GRANTING THE DEBTOR(S)' DISCHARGE**

Comes now, Mary Ida Townson, Chapter 13 Trustee in the above styled action and files herewith her Notice of Completed Plan and Request for Order Granting the Debtor(s)' Discharge, and respectfully shows the Court as follows:

The Chapter 13 Trustee has verified that the debtor(s) in the above referenced Chapter 13 case has completed payments under the confirmed plan and has complied with the requirements of the U.S. Bankruptcy Code and the Order Confirming Chapter 13 Plan.

The Chapter 13 Trustee respectfully requests that this Court enter an order granting a discharge to the above referenced debtor(s).

The Chapter 13 Trustee's Final Report and Account will be submitted as soon as all payments made to creditors on behalf of the debtor(s) in the above referenced case have been negotiated and no outstanding disbursements remain.  This case will remain open pending receipt of the Chapter 13 Trustee's Final Report and Account.  When said report is submitted, an order discharging the Chapter 13 Trustee will be entered on this case.

Date submitted: January 07, 2010

/S/
_____
MARY IDA TOWNSON, TRUSTEE
State Bar No. 715063
100 Peachtree Street, Suite 2700
Atlanta, GA  30303
(404) 525-1110

## CERTIFICATE OF SERVICE

R04-43508-PWB

This is to Certify that I have this day served

    DEBTOR:
    WAYNE LARAY ROBERTS
    480 BEN MOSLEY CIRCLE
    SUMMERVILLE, GA  30747


    DEBTOR:
    MARY JOYCE ROBERTS
    480 BEN MOSLEY CIRCLE
    SUMMERVILLE, GA  30747


    ATTORNEY FOR DEBTOR(S):
    FULLER & MCKAY, ATTYS.
    106 EAST 8TH AVENUE
    P.O. BOX 1654
    ROME, GA  30162-6063

in the foregoing matter with a copy of this Notice of Completed Plan and Request For Order Granding Debtor(s)' Discharge by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

Dated: 1/7/2010

                                          /S/
                              MARY IDA TOWNSON, TRUSTEE